UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>        Plaintiff,<br><br>   v.<br><br>ERNEST D. GROSSMAN, *et al.*,<br><br>        Defendants. | Case No. 1:22-cv-00796-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION<br><br>(ECF No. 13). |

    On November 30, 2022, the parties filed a joint stipulation for dismissal with prejudice and with each party to bear its own attorneys' fees and costs. (ECF No. 13). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own attorneys' fees and costs. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

    Dated:  **December 1, 2022**            /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE

1